```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division


SAM WRIGHT, JR.,                )
                                )
     Plaintiff,                 )
                                )
          v.                    )      1:08cv568 (JCC)
                                )
SUNTRUST BANK, et al.,          )
                                )
     Defendants.                )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant SunTrust Bank's Motion to Dismiss is GRANTED;

(2) All claims by Plaintiff Sam Wright, Jr. against Defendant SunTrust Bank are DISMISSED WITH PREJUDICE;

(4) Plaintiff, *pro se*, shall have thirty (30) days from the date of entry of this Order to file a notice of appeal; and

(5) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record and to Plaintiff, *pro se*.

THIS CAUSE IS CONTINUED.

```
August 4, 2008              _____/s/_____
Alexandria, Virginia                 James C. Cacheris
                            UNITED STATES DISTRICT COURT JUDGE
```